Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Brieanne Scully (BS 3711)
bscully@ipcounselors.com
Danielle S. Yamali (DY 4228)
dfutterman@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 2520
New York, NY 10165
Telephone:    (212) 292-5390
Facsimile:    (212) 292-5391
*Attorneys for Plaintiff*
*Allstar Marketing Group, LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALLSTAR MARKETING GROUP, LLC,<br>*Plaintiff*<br><br>v.<br><br>LEARNS BABYSHOP, *et al.*,<br>*Defendants* | **CIVIL ACTION No.**<br>**19-cv-4211 (KPF)** |

## NOTICE OF VOLUNTARY DISMISSAL

PURSUANT TO Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Allstar Marketing Group, LLC ("Allstar" or "Plaintiff"), by its undersigned attorneys, hereby gives notice of dismissal of all claims against Defendants Madge, ruifenglan and Yafex electronics in the above-captioned action, without prejudice, and with each party to bear its own attorneys' fees, costs and expenses.

Dated: June 10, 2019                                             Respectfully submitted,

                                                                 **EPSTEIN DRANGEL LLP**

                                                         BY:    _____
                                                                 Brieanne Scully (BS 3711)
                                                                 bscully@ipcounselors.com
                                                                 EPSTEIN DRANGEL LLP
                                                                 60 East 42nd Street, Suite 2520
                                                                 New York, NY 10165
                                                                 Telephone:   (212) 292-5390
                                                                 Facsimile:   (212) 292-5391
                                                                 *Attorneys for Plaintiff*
                                                                 *Allstar Marketing Group, LLC*

**It is so ORDERED.**

Signed at New York, NY on __June   11__, 2019.

                                                                 _____
                                                                 Judge Katherine Polk Failla
                                                                 United States District Judge

2