Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Brieanne Scully (BS 3711)
bscully@ipcounselors.com
Danielle S. Yamali (DY 4228)
dfutterman@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 2520
New York, NY 10165
Telephone:   (212) 292-5390
Facsimile:   (212) 292-5391
*Attorneys for Plaintiff*
*Allstar Marketing Group, LLC*

**MEMO ENDORSED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALLSTAR MARKETING GROUP, LLC, *Plaintiff* <br><br> v. <br><br> LEARNS BABYSHOP, *et al.*, *Defendants* | CIVIL ACTION No. <br> 19-cv-4211 (KPF) |

## NOTICE OF VOLUNTARY DISMISSAL

PURSUANT TO Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Allstar Marketing Group, LLC ("Allstar" or "Plaintiff"), by its undersigned attorneys, hereby gives notice of dismissal of all claims against Defendants merwhile and NANTONG XINXIA TEXTILE &GARMENT CO.LTD in the above-captioned action, with prejudice, and with each party to bear its own attorneys' fees, costs and expenses.

1

Dated: July 9, 2019                                          Respectfully submitted,

                                                             **EPSTEIN DRANGEL LLP**

                                                     BY:    _____
                                                             Brieanne Scully (BS 3711)
                                                             bscully@ipcounselors.com
                                                             EPSTEIN DRANGEL LLP
                                                             60 East 42nd Street, Suite 2520
                                                             New York, NY 10165
                                                             Telephone:    (212) 292-5390
                                                             Facsimile:    (212) 292-5391
                                                             *Attorneys for Plaintiff*
                                                             *Allstar Marketing Group, LLC*

**It is so ORDERED.**

Signed at New York, NY on ____July 10____, 2019.

                                                     _____
                                                     Judge Katherine Polk Failla
                                                     United States District Judge