Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Brieanne Scully (BS 3711)
bscully@ipcounselors.com
Danielle S. Yamali (DY 4228)
dfutterman@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 2520
New York, NY 10165
Telephone:     (212) 292-5390
Facsimile:     (212) 292-5391
*Attorneys for Plaintiff*
*Allstar Marketing Group, LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALLSTAR MARKETING GROUP, LLC, *Plaintiff* <br><br> v. <br><br> LEARNS BABYSHOP, *et al.*, *Defendants* | **CIVIL ACTION No. 19-cv-4211 (KPF)** |

### NOTICE OF VOLUNTARY DISMISSAL

PURSUANT TO Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Allstar Marketing Group, LLC ("Allstar" or "Plaintiff"), by its undersigned attorneys, hereby gives notice of dismissal of all claims against Defendants nebraska, powerjazz, SanJin outdoor sports, Shanghaishangxiangwuliuyouxiangongsi and shunyian in the above-captioned action, with prejudice, and with each party to bear its own attorneys' fees, costs and expenses.

Dated: August 8, 2019                                Respectfully submitted,

                                            **EPSTEIN DRANGEL LLP**

BY: *(signature)*
                                        Danielle S. Yamali (DY 4228)
                                        dfutterman@ipcounselors.com
                                        EPSTEIN DRANGEL LLP
                                        60 East 42nd Street, Suite 2520
                                        New York, NY 10165
                                        Telephone:   (212) 292-5390
                                        Facsimile:    (212) 292-5391
                                        *Attorneys for Plaintiff*
                                        *Allstar Marketing Group, LLC*

**It is so ORDERED.**

Signed at New York, NY on  August 8 , 2019.

                                        *(signature)*
                                        Judge Katherine Polk Failla
                                        United States District Judge