Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Brieanne Scully (BS 3711)
bscully@ipcounselors.com
Danielle S. Yamali (DY 4228)
dfutterman@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 2520
New York, NY 10165
Telephone:	(212) 292-5390
Facsimile:	(212) 292-5391
*Attorneys for Plaintiff*
*Allstar Marketing Group, LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALLSTAR MARKETING GROUP, LLC,<br>*Plaintiff*<br><br>v.<br><br>LEARNS BABYSHOP, *et al.*,<br>*Defendants* | **CIVIL ACTION No.**<br>**19-cv-4211 (KPF)** |

### NOTICE OF VOLUNTARY DISMISSAL

PURSUANT TO Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Allstar Marketing Group, LLC ("Allstar" or "Plaintiff"), by its undersigned attorneys, hereby gives notice of dismissal of all claims against Defendant Ryanti in the above-captioned action, with prejudice, and with each party to bear its own attorneys' fees, costs and expenses.

Dated: August 20, 2019                                Respectfully submitted,

                                                      **EPSTEIN DRANGEL LLP**

                                         BY:          _____
                                                      Brieanne Scully (BS 3711)
                                                      bscully@ipcounselors.com
                                                      EPSTEIN DRANGEL LLP
                                                      60 East 42nd Street, Suite 2520
                                                      New York, NY 10165
                                                      Telephone:   (212) 292-5390
                                                      Facsimile:   (212) 292-5391
                                                      *Attorneys for Plaintiff*
                                                      *Allstar Marketing Group, LLC*

**It is so ORDERED.**

Signed at New York, NY on August 20, 2019.

_____
Judge Katherine Polk Failla
United States District Judge