Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Brieanne Scully (BS 3711)
bscully@ipcounselors.com
Danielle S. Yamali (DY 4228)
dfutterman@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 2520
New York, NY 10165
Telephone:    (212) 292-5390
Facsimile:    (212) 292-5391
*Attorneys for Plaintiff*
*Allstar Marketing Group, LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALLSTAR MARKETING GROUP, LLC, *Plaintiff* <br><br> v. <br><br> LEARNS BABYSHOP, *et al.*, *Defendants* | CIVIL ACTION No. <br> 19-cv-4211 (KPF) |

## NOTICE OF VOLUNTARY DISMISSAL

PURSUANT TO Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Allstar Marketing Group, LLC ("Allstar" or "Plaintiff"), by its undersigned attorneys, hereby gives notice of dismissal of all claims against Defendant pinkpinkcrystals in the above-captioned action, with prejudice, and with each party to bear its own attorneys' fees, costs and expenses.

1

Dated: August 21, 2019                                            Respectfully submitted,

                                                                  **EPSTEIN DRANGEL LLP**

                                                                  BY: *[signature]*
                                                                  Danielle S. Yamali (DY 4228)
                                                                  dfutterman@ipcounselors.com
                                                                  EPSTEIN DRANGEL LLP
                                                                  60 East 42nd Street, Suite 2520
                                                                  New York, NY 10165
                                                                  Telephone:   (212) 292-5390
                                                                  Facsimile:   (212) 292-5391
                                                                  *Attorneys for Plaintiff*
                                                                  *Allstar Marketing Group, LLC*

**It is so ORDERED.**

Signed at New York, NY on August 21, 2019.

*[signature]*
_____
Judge Katherine Polk Failla
United States District Judge