Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Brieanne Scully (BS 3711)
bscully@ipcounselors.com
Danielle S. Yamali (DY 4228)
dfutterman@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 2520
New York, NY 10165
Telephone:     (212) 292-5390
Facsimile:     (212) 292-5391
*Attorneys for Plaintiff*
*Allstar Marketing Group, LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALLSTAR MARKETING GROUP, LLC, <br> *Plaintiff* <br><br> v. <br><br> LEARNS BABYSHOP, *et al.*, <br> *Defendants* | **CIVIL ACTION No.** <br> **19-cv-4211 (KPF)** |

**NOTICE OF VOLUNTARY DISMISSAL**

PURSUANT TO Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Allstar Marketing Group, LLC ("Allstar" or "Plaintiff"), by its undersigned attorneys, hereby gives notice of dismissal of all claims against Defendant RC-MiniStore international in the above-captioned action, with prejudice, and with each party to bear its own attorneys' fees, costs and expenses.

1

Dated: August 26, 2019                                   Respectfully submitted,

                                                         **EPSTEIN DRANGEL LLP**

                                              BY:        _____
                                                         Brieanne Scully (BS 3711)
                                                         bscully@ipcounselors.com
                                                         EPSTEIN DRANGEL LLP
                                                         60 East 42nd Street, Suite 2520
                                                         New York, NY 10165
                                                         Telephone:    (212) 292-5390
                                                         Facsimile:    (212) 292-5391
                                                         *Attorneys for Plaintiff*
                                                         *Allstar Marketing Group, LLC*

**It is so ORDERED.**

Signed at New York, NY on  August 27, 2019.

                                        _____
                                        Judge Katherine Polk Failla
                                        United States District Judge